# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-670
LT Case No. 2021-CF-000745-A

_____

BRAYANT ELWYN MCCULLOUGH,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and Steven N. Gosney, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

September 15, 2023

PER CURIAM.

   In this *Anders*[1] appeal, after careful review of the record, we affirm Appellant's convictions and sentences on all counts and in

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

all respects, except as to the $150 cost of prosecution imposed in the written judgment. Although the State requested the sum of $150, it offered no proof that costs in excess of $100 had been incurred, thereby failing to comply with section 938.27(2)(c)(8), Florida Statutes (2022). Furthermore, the trial court, during sentencing, orally stated that $100 cost of prosecution would be assessed. "Where a conflict exists between the oral pronouncement of sentence and written sentencing documents, the oral pronouncement controls [including as to assessment of costs]." *Chrystie v. State*, 95 So. 3d 1027, 1028 (Fla. 5th DCA 2012).

Accordingly, we remand for entry of an amended judgment imposing $100 as the cost of prosecution, but otherwise affirm.

AFFIRMED and REMANDED for entry of an amended judgment.

EDWARDS, C.J., JAY, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

2